48516. STEDING PILE DRIVING CORPORATION v. JOHN H. CUNNINGHAM & ASSOCIATES et al.

HALL, Presiding Judge.

This is an appeal by a plaintiff from the granting of defendant's motion for summary judgment.

There being a germane issue on one or more material facts, the trial court erred in granting defendant's motion. *Burnette Ford, Inc. v. Hayes,* 227 Ga. 551 (181 SE2d 866); *Browder v. Aetna Life Ins. Co.,* 126 Ga. App. 140, 141 (190 SE2d 110); *State Hwy. Dept. v. MacDougald Const. Co.,* 189 Ga. 490 (2) (6 SE2d 570).

*Judgment reversed. Evans and Clark, JJ., concur.*

ARGUED SEPTEMBER 14, 1973 — DECIDED MARCH 4, 1974 — REHEARING DENIED MARCH 15, 1974 —

*Peek, Whaley & Haldi, J. Robert Hardcastle,* for appellant.

*Martin, Snow, Grant & Napier, Henley V. Napier, Dunaway, Shelfer, Haas & Newberry, Norris C. Broome,* for appellees.